IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DWAYNE A. JACKSON, <br><br> Plaintiff, <br><br> v. <br><br> FRANCIS SLAY, et al., <br><br> Defendants. | Case No. 12-CV-1444-TCM |

### STIPULATION OF DISMISSAL

Plaintiff Dwayne A. Jackson hereby dismisses all claims he has against all Defendants.

Said dismissal applies to all Defendants and is with prejudice.

    HACKING LAW PRACTICE, LLC

    /s/ James O. Hacking, III
    James O. Hacking, III
    jim@hackinglawpractice.com
    Jennifer L. Shoulberg
    jennifer@hackinglawpractice.com
    34 N. Gore, Suite 101
    Phone: (314) 961-8200
    Fax: (314) 961-8201

    and

    LAW OFFICE OF JAMES R. DOWD

    /s/ James R. Dowd
    James R. Dowd
    jim@dowdj.com
    34 N. Brentwood Blvd. Suite 209
    Clayton, MO 63105
    Phone: (314) 727-6777
    Fax: (314) 727-6773

    ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 21, 2013, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

| | |
|---|---|
| Ms. Karin A. Schute<br>ATTORNEY GENERAL OF MISSOURI<br>P.O. Box 861<br>St. Louis, MO 63188<br>karin.schute@ago.mo.gov | Mr. Daniel J. Emerson<br>ST. LOUIS CITY COUNSELOR<br>314 City Hall<br>St. Louis, MO 63103<br>emersond@stlouiscity.com |

Ms. Jessica L. Liss
Ms. Amy J. White
JACKSON LEWIS LLP
Two CityPlace Drive, Suite 200
St. Louis, Missouri 63141
jessica.liss@jacksonlewis.com
amy.white@jacksonlewis.com

                                            *James O. Hacking, III*